ACCEPTED
03-17-00117-CR
21264122
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 12:10 PM
JEFFREY D. KYLE
CLERK

## NO. 03-17-00117-CR

### IN THE

### COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 12:10:35 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| TAJAY STEPHENS | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 427TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D-1-DC-16-301543

### STATE'S FIRST MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Possession of a Controlled Substance with Intent to Deliver, the appellant filed his notice of appeal in the above cause on February 14, 2017. Appellant's counsel filed a brief on November 13, 2017.

(b)      The State's brief is currently due on **December 13, 2017**.

1

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since this brief was filed, the attorney assigned to this case has completed and filed a response brief in another pending appellate case, (i.e. *Clyde Everett Reed v. State of Texas,* No. 08-16-00348-CR). The undersigned attorney has also been assigned to prepare a response brief in another pending appellate case, (i.e. *Robert Isreal v. State of Texas*, No. 03-17-00296-CR).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **January 12, 2018.**

Respectfully submitted,

MARGARET MOORE
District Attorney
Travis County, Texas

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney
State Bar No. 06022700
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4206
Lisa.Stewart@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 260 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of December, 2017, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Robert Allen Daniel, Attorney at Law, 707 West 14th Street, Austin, Texas 78701, robert.daniel@rdlawaustin.com.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney